IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JORGE RODRIGUEZ | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0634 |
| | ) | Judge Trauger |
| THE AUTOMOBILE INSURANCE COMPANY | ) | |
| OF HARTFORD, CONNECTICUT . | ) | |
| | ) | |
| Defendant | ) | |

**O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

The jury trial set for January 22, 2013 and the pretrial conference set for January 18, 2013 are **CANCELLED**.

It is so **ORDERED**.

ENTER this 17st day of January 2012.

_____
ALETA A. TRAUGER
U.S. District Judge